391 A.2d 700

Commonwealth v. Sockel, Appellant.

Argued December 12, 1977. Dennis J. Cogan, with him Kogan and Cogan, for appellant; Stephen S. Seeling, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence vacated and case remanded for resentencing.

WATKINS, former P. J., did not participate in the consideration or decision of this case.